THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BARNEY MALLOW, Appellant.— Defendant appeals from an order of the County Court, Kings County, denying a motion in the nature of *coram nobis* to vacate and set aside a judgment rendered by said court on May 25, 1933, convicting him of the crime of murder in the first degree and sentencing him to death, which sentence was thereafter commuted to a term of life imprisonment. Order affirmed. No opinion. Nolan, P. J., Carswell, MacCrate, Schmidt and Beldock, JJ., concur.